United States District Court

Eastern District of Louisiana

Eugene B Tilton M D

v.                                              CIVIL ACTION NO. 2:00-cv-0032, R(5)

Aetna U S Healthcare


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

  (1) A list of all parties still remaining in this action;

  (2) Copies of all pleadings, including answers, filed by those parties in state court; and

  (3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 6, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK

```
                                                    FILED
                                              U.S. DISTRICT COURT
                                             EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT          2000 JAN -5 P 3: 54

EASTERN DISTRICT OF LOUISIANA          LORETTA G. WHYTE
                                              CLERK

| | | |
|---|---|---|
| EUGENE B. TILTON, M.D., <br> A Professional Medical Corporation <br> as Assignee of BETH CLARK | * <br><br> * | CIVIL ACTION <br><br> NO. 00-0032 |
| Versus | * | SECTION " " |
| AETNA U.S. HEALTHCARE | * | MAG. DIV. ( ) <br> SECT. R MAG. 5 |
| * * * * * * * | | |

## NOTICE OF REMOVAL

Defendant, Aetna U.S. Healthcare ("Aetna") hereby gives notice of the removal of this cause to the United States District Court for the Eastern District of Louisiana on the following grounds:

I.

Aetna is a defendant in the cause of action which has been filed in the First Parish Court in and for the Parish of Jefferson, as Cause No. 122-190. A copy of the pleadings and process on file are attached as Exhibit "A". Aetna received actual notice of this cause of action when it was served with the Petition and Citation sometime after December 8, 1999.

II.

The District Court of the United States has original jurisdiction of this action pursuant to 28 U.S.C. §1331 in that it involves a federal question. This suit involves controversies arising under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C.

```
___ Fee  150.00
___ Process
 X  Dktd
___ CtRmDep
___ Doc.No.
```

§1001, et seq. Specifically, plaintiff seeks damages arising out of an alleged failure to pay benefits under a group insurance policy governed by ERISA.

Although plaintiff has not specifically pled a cause of action under ERISA, its claims are subsumed by §§514(a) and 502(a)(1)(B) of that Act. As stated by the Supreme Court in <u>Metropolitan Life Ins. Co. v. Taylor</u>, 107 S.Ct. 1542 (1987), these claims are not only preempted by ERISA, they are also removable regardless of whether ERISA has been pled in plaintiffs' petition. Plaintiff's cause of action, therefore, arises under the laws of the United States of which this Court has original or exclusive jurisdiction.

### III.

Aetna now therefore desires to and hereby does remove this lawsuit to the United States District Court for the Eastern District of Louisiana, where it might have originally been filed. Removal is authorized by 28 U.S.C. §1441(b).

**WHEREFORE**, defendant Aetna U.S. Healthcare gives notice that Cause No. 122-190 now pending in the First Parish Court in and for the Parish of Jefferson, Louisiana

is removed to the United States District Court for the Eastern District of Louisiana and that such Court assumes full jurisdiction of this action as provided by law.

Respectfully submitted,

*Robert Redfearn*
Robert L. Redfearn, Jr. (17106)
SIMON, PERAGINE, SMITH &
REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, LA 70163-3000
Telephone: (504) 569-2030

Attorney for Defendant, Aetna U.S. Healthcare

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Pleading has been served on all counsel of record by placing same in the United States mail, postage prepaid and properly addressed this 5 day of January, 2000.

*Robert Redfearn*

K:\DATA\K\00250067\PLEADING\REMOVAL.FED