```
                                                    FILED
                                              U.S. DISTRICT COURT
                                             EASTERN DISTRICT OF LA

                                              2000 MAR -3  P 1: 52

            UNITED STATES DISTRICT COURT     LORETTA G. WHYTE

            EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| EUGENE B. TILTON, M.D., <br> A Professional Medical Corporation <br> as Assignee of BETH CLARK | * <br> <br> * | CIVIL ACTION <br> <br> NO. 00-0032 |
| Versus | * | SECTION "R" |
| AETNA U.S. HEALTHCARE | * | MAG. DIV. (5) |

\* \* \* \* \* \* \*

### *(UNOPPOSED)* MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED ANSWER

Aetna U.S. Healthcare ("Aetna") seeks leave to file the attached Amended Answer pursuant to Federal Rule of Civil Procedure 15. The Amended Answer adds two new affirmative defenses and is not made for the purpose of delay, but so that justice may be accomplished. In addition, the Amended Answer has been filed timely pursuant to the Scheduling Order issued by the Court on February 3, 2000.

Respectfully submitted,

DATE OF ENTRY MAR 09 2000

Robert L. Redfearn, Jr. (17106)
SIMON, PERAGINE, SMITH &
REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, LA 70163-3000
Telephone: (504) 569-2030

Attorney for Defendant, Aetna U.S. Healthcare

Fee____
Process____
X/Dktd____
__/CtRmDep____
Doc.No.____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Pleading has been served on all counsel of record by placing same in the United States mail, postage prepaid and properly addressed this 3 day of March, 2000.

*[signature]*

K:\DATA\K\00250067\PLEADING\MO-LVAMD.ANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE B. TILTON, M.D., | * | CIVIL ACTION |
| A Professional Medical Corporation | | |
| as Assignee of BETH CLARK | * | NO. 00-0032 |
| Versus | * | SECTION "R" |
| AETNA U.S. HEALTHCARE | * | MAG. DIV. (5) |

\* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Motion for Leave, it is hereby

ORDERED that Aetna U.S. Healthcare is granted leave to file its Amended Answer.

New Orleans, Louisiana, this _8th_ day of _March_, 2000.

_____
JUDGE