

```
              FILED
         U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

         2000 JUN -7  A 8: 48

         LORETTA G. WHYTE
              CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
JUNE 6, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EUGENE TILTON                                CIVIL ACTION

VERSUS                                       NUMBER: 00-32

AETNA U.S. HEALTHCARE                        SECTION: "R"(5)

A settlement conference in the above matter was conducted this date.

PRESENT:  Greg Abramson
          Eugene Tilton
          Robert Redfearn

Counsel were advised to relay the comments of the Magistrate Judge to their respective clients.

A further settlement conference is hereby **SCHEDULED** for July 12, 2000 at 2:00 p.m. before the undersigned.

                                          ALMA L. CHASEZ
                                 UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 7 2000

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
Doc.No. 13