UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE B. TILTON, M.D. | * | CIVIL ACTION |
| A Professional Medical Corporation | | |
| as Assignee of BETH CLARK | * | NO. 00-0032 |
| | | |
| Versus | * | SECTION "R" |
| | | |
| AETNA U. S. HEALTHCARE | * | MAG. DIV. (5) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Anthony J. Livaccari, Jr.,

with the firm of Livaccari, Villarrubia & Timmons, L.L.C., and on suggesting to this Court that he

wishes to enroll as co-counsel of record along with Greg S. Abramson also with the firm of Livaccari,

Villarrubia & Timmons, L.L.C. as counsel for plaintiff.

Respectfully submitted,

LIVACCARI, VILLARRUBIA & TIMMONS, L.L.C.

Anthony J. Livaccari, Jr., (BAR #8633)
Attorney for plaintiff
133 North Cortez Street
P. O. Box 19285
New Orleans, LA 70179-0285
Telephone: (504) 488-3702

DATE OF ENTRY

JUN 1 5 2000

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have forwarded a copy of the foregoing to all parties, through counsel of record, proper person, or agent by placing same in the U.S. Mail, first-class postage prepaid, properly addressed this _9_ day of _____June_____, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE B. TILTON, M.D. | * | CIVIL ACTION |
| A Professional Medical Corporation | | |
| as Assignee of BETH CLARK | * | NO. 00-0032 |
| | | |
| Versus | * | SECTION "R" |
| | | |
| AETNA U. S. HEALTHCARE | * | MAG. DIV. (5) |

*******************************************

## MEMORANDUM OF LAW

Greg S. Abramson with the law firm of Livaccari, Villarrubia & Timmons has previously enrolled as counsel of record for plaintiff, Dr. Eugene B. Tilton. Now, in order to facilitate and expedite trial of this matter which is scheduled for July 31, 2000, Anthony J. Livaccari, Jr., also with the law firm of Livaccari, Villarrubia & Timmons, L.L.C. wishes to enroll as co-counsel of record.

Additionally the plaintiff, Dr. Eugene B. Tilton desires dual representation. Said enrollment will not interfere with said trial date.

Respectfully submitted,

LIVACCARI, VILLARRUBIA & TIMMONS, L.L.C.

Greg S. Abramson, (BAR #2292)
Attorney for plaintiff
133 North Cortez Street
P. O. Box 19285
New Orleans, LA  70179-0285
Telephone:  (504) 488-3702

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have forwarded a copy of the foregoing to all parties, through counsel of record, proper person, or agent by placing same in the U.S. Mail, first-class postage prepaid, properly addressed this 9 day of June , 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE B. TILTON, M.D. | * | CIVIL ACTION |
| A Professional Medical Corporation | | |
| as Assignee of BETH CLARK | * | NO. 00-0032 |
| | | |
| Versus | * | SECTION "R" |
| | | |
| AETNA U. S. HEALTHCARE | * | MAG. DIV. (5) |

*****************************************

## ORDER

   Considering the foregoing, let Anthony J. Livaccari, Jr. be allowed to enroll as co-

counsel of record along with Greg S. Abramson for plaintiff, Dr. Eugene B. Tilton.

   United States District Judge, New Orleans, Louisiana this ___ day of _____,

2000.

             _____
                 JUDGE